CHARLES D. MAY, ESQ.; STATE BAR NO.:  129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
**THARPE & HOWELL, LLP**
**15250 Ventura Blvd,, Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:  cmay@tharpe-howell.com**
**E-Mail:  gsharaga@tharpe-howell.com**

Attorneys for Defendants,
        LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY HELTSLEY and JOHN HELTSLEY, <br><br>          Plaintiffs, <br><br> vs. <br><br> LOWE'S HIW, INC., and DOES 1 TO 20, <br><br>          Defendants. | CASE NO.: CIV S-12-2947 JAM EFB <br><br> (Amador County Superior Court Case No.: 12-CV-8065) <br><br> **ORDER ON VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

        IT IS HEREBY ORDERED that the Complaint of Plaintiffs JUDY

HELTSLEY and JOHN HELTSLEY is hereby dismissed in its entirety, with

prejudice.


Dated:  9/20/2013                    /s/ John A. Mendez_____
                                     U.S. DISTRICT COURT JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221